AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 04, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| DRU CHOKER, D.V.M.; and MATTHEW DEMARCO, D.V.M.<br><br>*Plaintiff*<br>v.<br>PET EMERGENCY CLINIC, P.S., by and through its Board of Directors; and NATIONAL VETERINARY ASSOCIATES, INC., acting on its own behalf and that of NVA PARENT, INC.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 2:20-CV-00417-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant Pet Emergency Clinic, P.S.' Motion for Summary Judgment as to Antitrust Claims (ECF No. 134) is GRANTED.
Plaintiffs' Counter-Motion for Summary Judgment (ECF No. 142) is DENIED.
Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on motions for Summary Judgment.

Date: 8/4/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony